SAMUEL J. PEACOCK, Respondent, *v.* THOMAS BAILEY, Appellant.

*Peacock* v. *Bailey,* 112 App. Div. 921, affirmed.
(Submitted April 17, 1907; decided May 7, 1907.)

. APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action under section 1669 of the Code of Civil Procedure to recover for an alleged forcible eviction without process.

*George E. Miner* for appellant.

*Frederick S. Lyke* and *Graham Witschief* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

JOHN G. KOENEN et al., Respondents, *v.* THE CITY OF MOUNT VERNON et al., Appellants, Impleaded with Another.

*Koenen* v. *City of Mount Vernon,* 107 App. Div. 622, affirmed.
(Argued April 17, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 16, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to compel the defendant city of Mount Vernon to widen Oakley avenue in said city and to restrain the other defendants from encroaching thereon.

*Milo J. White* for appellants.

*Walter S. Allerton* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.